[Nos. 52643-0-I; 52684-7-I; Division One. May 16, 2005.]
53141-7-I.

*In the Matter of the Dependency of* S.M.H. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. MARISSA HAMM ET AL.,
*Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 02-7-04657-4, Helen Halpert, J., entered November 1, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Coleman, J. Now published at 128 Wn. App. 45.

[No. 52845-9-I. Division One. May 16, 2005.]

KEVIN OLEA ET AL., *Appellants,* v. SWEDISH MEDICAL CENTER
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-34617-2, Steven G. Scott, J., entered July 11, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Schindler, JJ.

[No. 53417-3-I. Division One. May 16, 2005.]

*In the Matter of the Personal Restraint of* WILLIAM
HARROLD, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kennedy, J., concurred in by Coleman and Schindler, JJ.

[No. 53497-1-I. Division One. May 16, 2005.]

MELODY MOSELEY, *Respondent,* v. EDWIN L. MATTILA, JR.,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-09089-1, Anita L Farris, J., entered November 26, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.